# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 10 CIV 6262                                        Purchased/Filed: August 20, 2010

STATE OF NEW YORK     UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT

---

*Dror Magori*                                                                 Plaintiff

against

*Greenpoint Financial Corp., et al.*                                          Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

___Diane Koehler___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___August 30, 2010___, at ___3:45 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Civil Cover Sheet with Summons and Complaint and Individual Practices of Magistrate Judge Gorenstein and Judge Wood on

___North Fork Bancorporation, Inc.___, the Defendant in this action, by delivering to and leaving with ___Chad Matice___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: ___28___   Approx. Wt: ___200___   Approx. Ht: ___6'0"___
Color of skin: ___White___   Hair color: ___Brown___   Sex: ___Male___   Other: _____

Sworn to before me on this

___2nd___ day of ___September, 2010___

*MARGARET A. DAILEY*
NOTARY PUBLIC, State of New York
No. 01DA6218161, Rensselaer County
Commission Expires March 1, 2014

Diane Koehler
Attny's File No. 3016
Invoice•Work Order # SP1010398

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X  Civ. No. 10 CIV 6262
DROR MAGORI, individually and on behalf
of all other similarly situated current and former
employees
                                      Plaintiff(s),

    -against-

GREENPOINT FINANCIAL CORP., GREENPOINT
BANK, GREENPOINT MORTGAGE CORP.,
GREENPOINT MORTGAGE FUNDING, INC.,
NORTH FORK BANCORPORATION, INC., NORTH
FORK BANK, and CAPITAL ONE FINANCIAL
CORPORATION, Defendant(s)
-----------------------------------------------------------------------X

Affidavit of Service

HEPWORTH, GERSHBAUM & ROTH, PLLC
**ATTORNEY FOR PLAINTIFFS**
192 Lexington Avenue, Suite 802
New York, New York 10016
(212) 545-1199

The below signature attests to the following papers:
                        Affidavit of Service
By:___S/_____
        Charles Gershbaum

PLEASE TAKE NOTICE:
[ ] NOTICE OF ENTRY
        that the within is a true copy of a   entered   in the   office of the clerk of the within named
        court on 200_ of the judges   of the within named Court,   at   on   200_.

Dated: New York, New York           Yours, etc.,

                                          **HEPWORTH, GERSHBAUM & ROTH, PLLC**.
                                          ATTORNEY FOR PLAINTIFFS
                                          192 Lexington Avenue, Suite 802
                                          New York, New York 10016
                                          (212) 545-1199